```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                    NORTHERN DIVISION
                     AT COVINGTON
```

CIVIL ACTION NO. 2014-37 (WOB-CJS)

MAY HELTON                                              PLAINTIFF

VS.                         <u>ORDER</u>

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY                         DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #14), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #12) is **denied**; and that defendant's motion for summary judgment (Doc. #13) is **granted**. A separate Judgment shall enter concurrently herewith.

This 9th day of September, 2015.



Signed By:
*William O. Bertelsman* WOB
United States District Judge